

May 10, 2018

**VIA ECF**

Hon. Katharine S. Hayden, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

**RE:** *Eli Lilly and Company, et al. v. Unichem Laboratories Ltd., et al.,*
<u>Civil Action No. 2:17-cv-13312-KSH-CLW</u>

John E. Flaherty
Partner
T. 973.639.7903
F. 973.297.3971
jflaherty@mccarter.com

Dear Judge Hayden,

This firm, together with Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, represents the Plaintiffs in the above-referenced action. Enclosed for Your Honor's consideration is a consent judgment agreed to by the parties. If the consent judgment is acceptable to Your Honor, we respectfully request that you sign it and have it entered on the docket.

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

Should Your Honor have any questions, we are available to speak at the Court's convenience. Thank you for your consideration of this matter.

Respectfully submitted,

*s/John E. Flaherty*

BOSTON

John E. Flaherty

Enclosure

HARTFORD

cc: Counsel of Record (via email)

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON